UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CHRISTOPHER L CHAMBERS ) | CASE NO.  10-23922-KL-13 |
| STACY M CHAMBERS ) | |
| Debtors. ) | |

## **NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

      A Motion for Relief from Stay and for Abandonment of Real Estate was filed by U.S. Bank National Association on January 20, 2016.  In support of the relief requested, the motion states that U.S. Bank National Association holds a mortgage on the Debtors' residence which has the address of 940 Michael Drive, Chesterton, IN 46304 and that regular monthly mortgage payments are not being maintained.  For these reasons, claimant requests relief from the stay to proceed with foreclosure against the real estate described as:

      LOT 127 IN REPLAT OF LOTS 108 THRU 110 DUNELAND COVE, UNIT 4 IN TOWN OF CHESTERTON AS PER PLAT THEREOF RECORDED IN PLAT FILE 18-C-6F IN THE OFFICE OF THE RECORDER OF PORTER COUNTY, INDIANA.

and that said property be abandoned as an asset of the bankruptcy estate as there is no equity in the real estate over and above the mortgage.

      If you have not received a copy of the Motion, you may get one by contacting the person who signed this notice or at the clerk's office.

      <u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.

      If you do not want the court to grant the motion, then on or before February 3, 2016, you or your attorney must:

      1.    File a written objection to the motion, which should explain the reasons why you object, with the clerk of the United States Bankruptcy at:

Clerk of U.S. Bankruptcy Court, Hammond Division, 5400 Federal Plaza, #2200, Hammond, IN 46320-1840

      2.    You must mail a copy of your objection to:

DOYLE LEGAL CORPORATION, P.C., 41 E Washington St, Indianapolis, IN 46204
Stacy M Chambers, 7 Covington Drive, Valparaiso, IN 46383
Dan L. Whitten, 6183 Central Avenue, Portage, IN 46368
Christopher L Chambers, 967 N 50 W., Chesterton, IN 46304
Paul R. Chael 401 West 84th Drive, Suite C, Merrillville, IN 46410
U.S. Trustee, One Michiana Square Building, Suite 555, 100 East Wayne Street, South Bend, IN 46601-2349

      If you do not file an objection by the date it is due, the court may grant relief requested without holding a hearing.  If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

Dated:____1/20/16_____          /s/ Tina M. Caylor
                                                                 DOYLE LEGAL CORPORATION, P.C.
                                                                  41 E Washington St
                                                                  Suite 400
                                                                  Indianapolis, IN 46204
                                                                  (317) 264-5000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CHRISTOPHER L CHAMBERS | ) | CASE NO.   10-23922-KL-13 |
| STACY M CHAMBERS | ) | |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the attached was served upon the parties listed in the attached matrix by ordinary United States mail, postage prepaid on the day of filing with the U.S. Bankruptcy Court.

                        DOYLE LEGAL CORPORATION, P.C.

            By   /s/ Tina M. Caylor
                  Attorney for U.S. Bank National Association
                  DOYLE LEGAL CORPORATION, P.C.
                  41 E Washington Street, Suite 400
                  Indianapolis, IN 46204
                  Phone: (317) 264-5000
                  Fax: (317) 264-5400
                  Email: bankruptcy@doylelegal.com

S. Brent Potter (10900-49)
Craig D. Doyle (4783-49)
Ryan T. Kiernan (29316-49)
David M. Johnson (30354-45)
Tina M. Caylor (30994-49)
Heather L. Grimstad (32356-49)
DOYLE LEGAL CORPORATION, P.C.
41 E Washington St., Suite 400
Indianapolis, IN 46204
Telephone (317) 264-5000
Facsimile (317) 264-5400